UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRUNSWICK TKTKONNECT, LLC                                                                        Plaintiff

v.                                                                                      Civil Action No. 3:22-CV-4-RGJ

SHEILA P. KAVANAUGH and                                                                       Defendants
KIMBERLY BUNTON,

\* \* \* \* \*

**MEMORANDUM OPINION & ORDER**

Defendants move for entry of default against Plaintiff on their counterclaims. [DE 78]. Plaintiff responded and Defendants did not reply. [DE 79]. Plaintiff also moves for an extension of time to file a response/reply to counterclaim. [DE 80]. Defendants did not file a response. The Court, having considered the motions, denies the motion for entry of default [DE 78] and denies the motion for an extension of time as moot [DE 80].

Defendants argue that Plaintiff failed to respond to their counterclaim and thus seek the Clerk's entry of default under Fed. R. Civ. P. 55(a). [DE 78]. On May 21, 2024, Plaintiff filed an amended complaint with leave of the Court. [DE 47]. Defendants filed a motion to dismiss in response on June 4, 2024, which is under submission. [DE 49]. On October 10, 2024, Defendants filed a "counterclaim" against Plaintiff. [DE 76]. Under Fed. R. Civ. P. 13(a) a counterclaim, whether compulsory or permissive, must be stated in a pleading. "[I]f a party does not include a counterclaim in its initial answer to a complaint, it may only present a counterclaim later by amending its answer under Rule 15. *Ladco, Inc. v. Inspired Concepts LLC*, No. 19-10855, 2019 WL 6468622, at *3 (E.D. Mich. Dec. 2, 2019). Here, Defendants did not file an answer to Plaintiff's amended complaint, but instead filed a motion to dismiss. Under Fed. R. Civ. P.

12(a)(4), Defendants' answer will be due 14 days after the Court rules on Plaintiff's motion to dismiss. Accordingly, Defendants' counterclaim is unauthorized and invalid pleading to which no response is required under the Federal Rules of Civil Procedure. The counterclaim will be stricken.

For this reason, and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1. Defendants' counterclaim [76] is **STRICKEN from the record**;

2. Defendants' motion for entry of default [DE 78] is **DENIED**;

3. Plaintiff's motion for an extension of time [DE 80] is **DENIED as moot**.

Rebecca Grady Jennings, District Judge
United States District Court

February 24, 2025