# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| **BRUNSWICK TKTKONNECT, LLC,** )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>**SHEILA P. KAVANAUGH, and**   )<br>**KIMBERLY BUNTON,**   )<br>)<br>Defendants.   ) | Case No. 3:22-cv-4-RGJ |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR 90-DAY STAY

Defendants Sheila P. Kavanaugh and Kimberly Bunton (collectively, "Defendants") and Plaintiff Brunswick TKTKonnect, LLC ("Plaintiff;" collectively with Defendants, the "Parties"), through their undersigned counsel, provide notice that the Parties have come to an agreement in principle to fully resolve this matter and expect to file a joint stipulation of dismissal. Accordingly, the Parties respectfully request that the Court hold this matter in abeyance and stay all deadlines for ninety (90) days pending the Parties' completion of conditions precedent to dismissal of the lawsuit and the filing a joint stipulation of dismissal.

WHEREFORE, the Parties respectfully request that the Court enter an order staying all deadlines for ninety (90) days.

Respectfully submitted,

/s/ Emma R. Wolfe
Emma R. Wolfe, Esq. (KY No. 94536)
K&L GATES LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 780-6739
Facsimile: (615) 780-6799
emma.wolfe@klgates.com

*Counsel for Defendants Sheila P. Kavanaugh and Kimberly Bunton*


/s/ Cornelius E. Coryell, II (with permission)
Cornelius E. Coryell, II
Sean G. Williamson
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
ccoryell@wyattfirm.com
swilliamson@wyattfirm.com

Kenneth L. Moskowitz, *admitted pro hac vice*
Anthony M. Gruppuso, *admitted pro hac vice*
BROWN MOSKOWITZ & KALLEN, P.C.
One Main Street
Chatham, New Jersey 07928
klm@bmk-law.com
Gruppuso.legal@outlook.com

*Counsel for Plaintiff Brunswick TKTKonnect, LLC*

## **CERTIFICATE OF SERVICE**

   I certify that on June 18, 2025, a true and exact copy of the foregoing has been served via the Court ECF Filing System on the following:

Cornelius E. Coryell, II
Sean G. Williamson
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, KY 40202
ccoryell@wyattfirm.com
swilliamson@wyattfirm.com

Kenneth L. Moskowitz, *admitted pro hac vice*
Anthony M. Gruppuso, *admitted pro hac vice*
BROWN MOSKOWITZ & KALLEN, P.C.
One Main Street
Chatham, New Jersey 07928
klm@bmk-law.com
Gruppuso.legal@outlook.com

              /s/ Emma R. Wolfe
              Emma R. Wolfe
              *Counsel for Defendants*